**NOT FOR PUBLIC VIEW**

ROBERT E. SCHROTH, SR, ESQ. (SBN 103063)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile:  (619) 233-4516

FILED

09 AUG 14 PM 4:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIELLE SCHOONOVER,<br><br>Defendant. | Criminal Case No.: 08CR3060-WQH<br><br>**EX PARTE ORDER AUTHORIZING PAYMENT OF ATTORNEY FEES ABOVE $7,500.00 – AND REIMBURSEMENT OF OUT OF POCKET EXPENSES** |

Upon Review of Attorney Robert E. Schroth Sr.'s Ex Parte Application for an Order Permitting Attorney Fees Above $7,500.00 and Reimbursement of Out of Pocket Costs, and the supporting Declaration and GOOD CAUSE appearing:

IT IS HEREBY ORDERED that Attorney Robert E. Schroth Sr. shall be paid attorney fees in the amount of $14,331.88; $6,301.88 from before the attorney rate change on March 11th, and 8,030.00 from after the rate change.

DATED: 8/13/09

By: _____
THE HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT COURT JUGDE

- 1 -

EX PARTE APPLICATION FOR ORDER ALLOWING PERMITTING ATTORNEY'S FEES ABOVE $7,500 AND REIMBURSEMENT OF OUT OF POCKET COSTS

U. S. v. Schoonover
08CR3060